# United States District Court

## FOR THE DISTRICT OF MARYLAND

ALBERT LEW

Plaintiff,

V.

PIZZA HUT OF MARYLAND INC

Defendant.

**SUMMONS IN A CIVIL CASE**

CASE

TO: (Name and address of Defendant)

PIZZA HUT OF MARYLAND INC
7070 Oakland Mills Road
Columbia, MD 21046

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Mason LLP
Nicholas Migliaccio
1625 Massachusetts Ave, NW, Suite 605
Washington, DC 20036

an answer to the complaint which is herewith served upon you, within _____ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

Felicia C. Cannon

CLERK

DATE

(By) DEPUTY CLERK

# RETURN OF SERVICE

| Service of the Summons and complaint was made by me[(1)] | DATE |
|---|---|
| NAME OF SERVER (PRINT) | TITLE |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where _____

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

　Name of person with whom the summons and complaint were _____

☐ Returned _____

☐ Other (specify): _____

## STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
|  |  |  |

## DECLARATION OF SERVER

　　I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed _____　_____
　　　　　　　　Date　　　　　　　　　　　　Signature of Server

_____
Address of Server

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.