**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND**

| | | |
|---|---|---|
| ALBERT LEW, | : | |
| | : | |
| Plaintiff, | : | Case No.: CCB-09-cv-3162 |
| | : | COMPLAINT |
| v. | : | |
| | : | §216(b) FLSA Collective Action |
| PIZZA HUT OF MARYLAND, INC., | : | and |
| | : | Rule 23 Class Action |
| Defendant. | : | |
| | : | JURY TRIAL DEMANDED |

## ENTRY OF APPEARANCE

TO THE CLERK OF THE COURT AND ALL PARTIES OF RECORD:

    Enter my appearance as counsel in this case for: Pizza Hut of Maryland, Inc.

    I certify that I am admitted to practice in this court.

| | |
|---|---|
| January 22, 2010 | /s David W. Erb |
| Date | David W. Erb (#08669) |
| | FISHER & PHILLIPS LLP |
| | 79 East Main Street, Suite 207 |
| | Westminster, Maryland 21157 |
| | (410) 857-1399 (telephone) |
| | (410) 857-1133 (facsimile) |
| | **derb@laborlawyers.com** |