IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
FILED U.S. DISTRICT COURT DISTRICT OF MARYLAND 2010 JAN 25 A 10: 42 CLERK'S OFFICE AT GREENBELT

| | |
|---|---|
| ALBERT LEW, | |
| Plaintiff, | Case No.: CCB-09-cv-3162 |
| | COMPLAINT |
| v. | |
| | §216(b) FLSA Collective Action |
| PIZZA HUT OF MARYLAND, INC., | and |
| | Rule 23 Class Action |
| Defendant. | |
| | JURY TRIAL DEMANDED |

## MOTION FOR ADMISSION *PRO HAC VICE*

I, David W. Erb, am a member in good standing of the bar of this Court. My Bar number is 08669. I am moving the admission of Wayne E. Pinkstone to appear *pro hac vice* in this case as counsel for Pizza Hut of Maryland, Inc.

We certify that:

1. The proposed admittee is not a member of the Maryland bar and does not maintain any law office in Maryland.

2. The proposed admittee is a member in good standing of the bars of the following State Courts and/or United States Courts:

| Court | Date of Admission |
|---|---|
| State Bar of New Jersey | 1994 |
| State Bar of the Commonwealth of Pennsylvania | 1994 |
| Third Circuit Court of Appeals | 2000 |
| United States District Court for the District of New Jersey | 2000 |
| United States District Court for the Eastern District of Pennsylvania | 1994 |
| United States District Court for the Western District of Pennsylvania | 2008 |

Philadelphia 27712.1

3. During the twelve months immediately preceding this motion, the proposed admittee has been admitted *pro hac vice* in this Court _1_ time.

4. The proposed admittee has never been disbarred, suspended, or denied admission to practice law in any jurisdiction.

5. The purposed admittee is familiar with the Code of Professional Responsibility, the Federal Rules of Civil and Criminal Procedure, the Federal Rules of Evidence, the Federal Rules of Appellate Procedure and the Local Rules of this Court, and understands he/she shall be subject to the disciplinary jurisdiction of this Court.

6. The proposed admittee understands admission *pro hac vice* is for this case only and does not constitute formal admission to the bar of this Court.

7. The undersigned movant will serve as co-counsel in these proceedings.

8. **The $50.00 fee for admission *pro hac vice* is enclosed.**

We hereby certify under penalties of perjury that the foregoing statements are true and correct.

Respectfully submitted this 22nd day of January 2010.

| MOVANT | PROPOSED ADMITTEE |
|---|---|
| David W. Erb (08669) | Wayne E. Pinkstone |
| FISHER & PHILLIPS LLP | Pennsylvania Bar No. 73702 |
| 79 East Main Street | FISHER & PHILLIPS LLP |
| Suite 207 | Radnor Financial Center |
| Westminster, MD 21157 | 201 King of Prussia Road, Suite 650 |
| (410) 857-1399 (telephone) | Radnor, Pennsylvania 19087 |
| (410) 857-1133 (facsimile) | (610) 230-2150 (telephone) |
| | (610) 230-2151 (facsimile) |
| | wpinkstone@laborlawyers.com |

*************************************************************

# **ORDER**

☐ GRANTED  ☐ DENIED

_____     _____
Date                                                    Clerk, United States District Court

# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MARYLAND

## SPONSOR'S MOTION FOR ADMISSION

1. I, David W. Erb, was admitted to the bar of this court on May 3, 1991 and I am presently a member in good standing of this bar. My bar number is 08669. I am moving the admission of Wayne E. Pinkstone.

2. I believe the applicant is qualified for admission to the bar of this court. I am willing to assist the applicant in learning the standards, practices and procedures of the court.

3. **TO BE COMPLETED IF YOU HAVE KNOWN THE APPLICANT AT LEAST ONE YEAR**

I have known the applicant for at least one year. My relationship with the applicant has been as follows:

Wayne E. Pinkstone is a partner of mine at Fisher & Phillips LLP. I have known and worked with him for many years. Mr. Pinkstone was a colleague of mine at Saul Ewing, LLC, where I previously was a partner.

4. **TO BE COMPLETED IF YOU HAVE KNOWN THE APPLICANT LESS THAN ONE YEAR**

Attached is a resume of the applicant along with two references. I have known the applicant since _____. The basis for my belief that the applicant is qualified to be a member of the bar of this court is:

N/A

I certify under the penalties of perjury that the foregoing statements are true and correct.

_____  _____
January 22, 2010                 Signature
Date
                                 David W. Erb
                                 Printed Name

                                 Fisher & Phillips, LLP
                                 Firm Name

                                 79 East Main Street, Suite 207
                                 Address

                                 Westminster, Maryland 21157
                                 City, State, Zip Code

                                 410-857-1399
                                 Main Firm Telephone Number

                                 410-857-1133
                                 Fax Number

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

## **WAIVER**

(Required only if paragraph 4 is completed.)

Granted [ ]                          Denied [ ]


_____       _____
Date                                 United States District/Magistrate Judge