AO 440  (Rev. 10/93) [MD Rev. 02/2001] Summons in a Civil Action

# UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF MARYLAND

ALBERT LEW

Plaintiff,

V.

**SUMMONS IN A CIVIL CASE**

PIZZA HUT OF MARYLAND INC

Defendant.

CASE      CCB-09-CV-3162

TO: (Name and address of Defendant)

PIZZA HUT OF MARYLAND INC
7070 Oakland Mills Road
Columbia, MD 21046

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Mason LLP
Nicholas Migliaccio
1625 Massachusetts Ave, NW, Suite 605
Washington, DC 20036

an answer to the complaint which is herewith served upon you, within _____20_____ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

Felicia C. Cannon

CLERK

11/30/09

DATE

(By) DEPUTY CLERK

AO 440  (Rev. 10/93) [MD Rev. 02/2001] Summons in a Civil Action

| RETURN OF SERVICE | | |
|---|---|---|
| Service of the Summons and complaint was made by me[1] | DATE | 1/7/2010 |
| NAME OF SERVER (PRINT)  Amanda DiCocco | TITLE | Paralegal |

*Check one box below to indicate appropriate method of service*

G   Served personally upon the defendant.  Place where _____

_____

G   Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

  Name of person with whom the summons and complaint were _____

G   Returned _____

_____

✓ G   Other (specify):  Certified mail, with Return receipt _____

_____

| STATEMENT OF SERVICE FEES | | |
|---|---|---|
| TRAVEL | SERVICES | TOTAL |

**DECLARATION OF SERVER**

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed   1/27/2010
                Date

Signature of Server

Address of Server

Mason LLP
1625 Massachusetts Avenue, NW
Suite 605
Washington, DC 20036

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Pizza Hut of Maryland Inc

Registered Agent: John F. Schulze

7070 Oakland Mills Rd

Columbia, MD 21046

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature

X    ☐ Agent   ☐ Addressee

B. Received by (Printed Name)   C. Date of Delivery

Jason Rainey   1/7/2010

D. Is delivery address different from item 1?   ☐ Yes
   If YES, enter delivery address below:   ☐ No

3. Service Type
   ☑ Certified Mail   ☐ Express Mail
   ☐ Registered   ☑ Return Receipt for Merchandise
   ☐ Insured Mail   ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)   ☐ Yes

2. Article Number
(Transfer from service label)

7009 2250 0002 7358 0367

PS Form 3811, February 2004   Domestic Return Receipt   102595-02-M-1540

---

UNITED STATES POSTAL SERVICE

First-Class Mail
Postage & Fees Paid
USPS
Permit No. G-10

• Sender: Please print your name, address, and ZIP+4 in this box •

Amanda DiCocco

Mason LLP
1625 Massachusetts Avenue
Suite 605
Washington, DC 20036