**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MARYLAND**

—————————————————————
ALBERT LEW on behalf of himself and
all others similarly situated,

          Plaintiff,

          v.                  Civil Action No. CBB-09-CV-3162

PIZZA HUT OF MARYLAND, INC.

          Defendant.
—————————————————————

## JOINT MOTION FOR CONDITIONAL CERTIFICATION OF COLLECTION ACTION

Albert Lew ("Plaintiff") and Pizza Hut of Maryland, Inc., ("Defendant" or "Pizza Hut")[1]

move the Court pursuant to 29 U.S.C. § 216(b) to conditionally certify a collective consisting of

all current and former Managers in Training ("MITs") and Assistant Managers ("AMs")

who were employed in those job categories at any time between (a) the date the Court enters

the Order Certifying this case for Collective Action treatment and (b) three years prior to

that date.

In furtherance of moving this controversy towards an amicable resolution, the Parties

jointly request that the Court conditionally certify this case as a collective action and issue a

court-approved notice advising other Pizza Hut MITs and AMs of their legal right to "opt

in" and join this case. Specifically, the Parties request that the Court:

1. Approve the form of the notice attached hereto as Exhibit A;

2. Order Pizza Hut to issue the Court-approved notice by U.S. Mail with the

    proviso that if any notices are returned as undeliverable, Pizza Hut will forthwith

---

[1] Defendant Pizza Hut of Maryland Inc.'s stipulation and consent to the facts are limited to the purposes of the
herein motion and memorandum only.

notify plaintiff's counsel of such return, who may re-send these notices to a

better address, if one can be identified; provided however that the same deadline

for the submission of such notices that is set forth in paragraph 3, below, will

apply to any such re-sent notices; and,

3. Permit similarly-situated current and former Pizza Hut MITs and AMs a 45-day

period following the initial mailing of the notices to "opt in" and join this case.

In support of this motion, Plaintiff and Defendant have filed their memorandum, which is

incorporated herein by reference.

May 10, 2011                                    Respectfully Submitted,

                                               /s/ Nicholas A. Migliaccio
                                               Nicholas A. Migliaccio
                                               Md. Bar No. 29077
                                               Gary E. Mason
                                               Md. Bar No. 15033
                                               MASON LLP
                                               1625 Massachusetts Ave., N.W.
                                               Suite 605
                                               Washington, D.C. 20036
                                               (202) 429-2290 (phone)
                                               (202) 429-2294 (facsimile)

                                               Andreas N. Akaras
                                               Md. Bar No. 14290
                                               The Akaras Law Offices
                                               4423 Lehigh Road, #308
                                               College Park, MD 20740
                                               (301) 864-7763 (phone)
                                               (866) 838-5556 (facsimile)

                                               Seth R. Lesser
                                               Fran L. Rudich
                                               KLAFTER OLSEN & LESSER LLP
                                               Two International Drive, Suite 350
                                               Rye Brook, NY 10573
                                               Telephone: (914) 934-92008

Attorneys for Plaintiff and Proposed Collective
**ATTORNEYS FOR PLAINTIFFS**


  */s/*Christopher H. Mills
Christopher H. Mills, Esq. (Bar No. 27138)
**FISHER & PHILLIPS LLP**
430 Mountain Avenue
Murray Hill, New Jersey  07974
Phone: (908) 516-1050
Facsimile (908) 516-1051
cmills@laborlawyers.com
Attorneys for Defendant

**<u>CERTIFICATE OF SERVICE</u>**

The undersigned hereby certifies that on May 10, 2011 the foregoing was electronically filed with the Clerk of the Court using the CM/ECF system which sent notification of such filing to all counsel of record.

/s/ Nicholas A. Migliaccio

**ATTORNEY FOR PLAINTIFFS**