# EXHIBIT A

UNITED STATES DISTRICT COURT DISTRICT OF MARYLAND

ALBERT LEW, individually and on behalf of all other persons similarly situated,

Plaintiff,

v.

PIZZA HUT OF MARYLAND, Inc.,

Defendant.

CIVIL ACTION NO. CCB-09-cv-3162

OPT-IN FORM

### CONSENT TO BECOME PARTY PLAINTIFF IN COLLECTIVE ACTION UNDER SECTION 16(b) OF THE FAIR LABOR STANDARDS ACT, 29 U.S.C. § 216(b).

1. I have worked as a Manager in Training (MIT) and, or, as an Assistant Manager (AM) for Pizza Hut within the period of May 24, 2008 to May 24, 2011.

2. I hereby consent to join this lawsuit and submit myself to the jurisdiction of the United States District Court for the District of Maryland in this matter.

3. I hereby appoint Nicholas A. Migliaccio and the lawyers at Mason LLP, 1625 Massachusetts Ave, N.W., Suite 605, Washington, D.C. 20036; Andreas N. Akaras, The Akaras Law Offices, 4423 Lehigh Rd. Ste. PMB 308 College Park, MD 20740, and Fran L. Rudich and the other lawyers at Klafter, Olsen & Lesser, LLP, Two International Drive, Suite 350, Rye Brook, NY 10573, to represent me in this case.

_Alex Falanga_
Full Legal Name (please PRINT clearly)

Signature

Date: 5-25-11