FILED
U.S. DISTRICT COURT
DISTRICT OF MARYLAND

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

2011 NOV -8  A 11: 45

CLERK'S OFFICE
AT BALTIMORE

BY_____ DEPUTY

| | |
|---|---|
| ALBERT LEW, *et al.*, | : |
| Plaintiffs, | : |
| v. | : Civil Action No. CCB-09-CV-3162 |
| PIZZA HUT OF MARYLAND, INC. | : |
| Defendant. | : |

[~~PROPOSED~~] ORDER

This matter having come before the Court on Plaintiffs' Unopposed Motion for Order Approving Fair Labor Standards Act Settlement and the Court, having considered the submissions and the governing law, and for good cause shown, IT IS ON THIS 9th day of November, 2011:

ORDERED that Plaintiffs' Unopposed Motion for Order Approving Fair Labor Standards Act Settlement Plaintiff's Petition for Award of Attorneys' Fees and Expenses is GRANTED and the Court hereby APPROVES the Settlement.

/s/ CCB
_____
HON. CATHERINE C. BLAKE
UNITED STATES DISTRICT JUDGE